FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 26 2009

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

JAMES A. McDEVITT
United States Attorney
PAMELA J. DeRusha
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767
Fax: (509) 353-2766

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES, and the STATES of FLORIDA, TENNESSEE, TEXAS and VIRGINIA, ex rel., Joel Heinzen, M.D. and Christopher Rhead, M.D.,

Plaintiffs,

vs.

HEALTH MANAGEMENT ASSOCIATES, INC., and EMCARE, INC.,

Defendants.

NO. CV-06-3051-RHW

UNITED STATES' NOTICE OF CONSENT TO DISMISSAL AND REQUEST FOR ORDER

**FILED UNDER SEAL**

The relators have filed a Motion to Dismiss their Complaint. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States of America, by its undersigned attorneys, hereby respectfully notifies the Court that the government consents to the dismissal of relators' Complaint without prejudice to the rights of the United States. Dismissal of the Complaint is in the best interests of justice.

In addition, because § 3730(b)(1) also requires the Court's consent to dismissal, the United States requests that the proposed Order on Voluntary Dismissal submitted with this Notice be entered. The United States also requests that the relators' Complaint, this Notice, and the resulting Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of

///

///

1 | evaluating whether the seal and time for making an election to intervene should be
2 | extended.

3
4 | DATED this 26th day of February, 2009.

5 | JAMES A. McDEVITT
  | United States Attorney
6
7 | /s/ Pamela J. DeRusha
  | PAMELA J. DeRusha
8 | Assistant United States Attorney
  | United States Attorney's Office
9 | Post Office Box 1494
  | Spokane, Washington 99210-1494
10 | (509) 353-2767(Tel)
   | (509) 353-2766(Fax)
11 | USAWAE.pderushaECF@usdoj.gov

12

13 | JOYCE R. BRANDA
   | DANIEL R. ANDERSON
14 | ANDREA J. LARRY
   | Attorneys, United States Department of Justice
15 | Civil Division
   | Post Office Box 261, Ben Franklin Station
16 | Washington, DC  20044
   | Tel: (202) 514-8746
17 | Fax: (202) 514-0280

18 | Attorneys for the United States

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of February, 2009, a true and correct copy of the foregoing United States' Notice of Consent to Dismissal and Proposed Order on Voluntary Dismissal was mailed by first-class mail to counsel for the Relator as follows:

Brendan V. Monahan
Velikanje Moore & Shore, P.S.
405 East Lincoln Avenue
P.O. Box 22550
Yakima, WA 98907

Donald R. Warren
Warren Benson Law Group
7825 Fay Ave., Suite 200
La Jolla, CA 92037

Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050

Office of the Attorney General
P.O. Box 20207
Nashville, TN 37202-0207

Office of the Attorney General
900 East Main Street
Richmond, VA 23219

Pamela J. DeRusha
Assistant United States Attorney
United States Attorney's Office
Post Office Box 1494
Spokane, Washington 99210-1494
(509) 353-2767(Tel)
(509) 353-2766(Fax)
USAWAE.pderushaECF@usdoj.gov