UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATES OF FLORIDA, TENNESSEE, TEXAS, and VIRGINIA, *ex rel.*, Joel Heinzen, M.D. and Christopher Rhead, M.D.,<br><br>Plaintiffs,<br><br>v.<br><br>HEALTH MANAGEMENT ASSOCIATES, INC., and EMCARE, INC.,<br><br>Defendants. | NO. CV-06-3051-RHW<br><br>**ORDER ON VOLUNTARY DISMISSAL** |

The United States having consented to voluntary dismissal of the Relators' complaint without prejudice to the United States, the Court rules as follows.

**IT IS HEREBY ORDERED**:

1. The Relators' complaint is dismissed without prejudice to the United States;

2. The Relators' complaint, this Order and the Government's Notice of Consent to Dismissal shall be **unsealed** and placed in the public portion of the Court's file;

3. All other contents of the Court's file in this action remain under seal and are not to be made public or served upon the defendant.

///
///
///

ORDER ON VOLUNTARY DISMISSAL * 1

1  **IT IS SO ORDERED.** The District Court Executive is directed to enter this
2  Order and to provide copies to counsel for the Government and for Plaintiffs.
3  **DATED** this 11th day of March, 2009.

4

5             *s/Robert H. Whaley*
              ROBERT H. WHALEY
6           Chief United States District Judge

7

8  Q:\CIVIL\2006\Health Management\dismiss.ord.wpd

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER ON VOLUNTARY DISMISSAL * 2